HIATT *v.* BROOKS and Others.

ERROR to the *Grant* Circuit Court.

*Per Curiam.*—The writ of error in this case is dismissed, with costs, for want of jurisdiction, for the reasons given in *Duncan et al.* v. *Duncan et al.*, *ante*, p. 28.

*J. Brownlee*, for the plaintiff.

*J. M. Wallace*, for the defendants.